UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STRUCTURAL POLYMER GROUP, LTD., and STRUCTURAL POLYMER SYSTEMS, LTD., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 4:05-CV-321 (CEJ) ) |
| ZOLTEK CORPORATION, | ) ) |
| Defendant. | ) |

### **ORDER**

**IT IS HEREBY ORDERED** that the motion of Robert F. Epperson to withdraw as plaintiffs' counsel [#208] is **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 25th day of September, 2006.