UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Structural Polymer Group, Limited, and )<br>Structural Polymer Systems, Limited, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Zoltek Corporation, )<br>)<br>Defendant. ) | Case No. 4:05CV321 CEJ |

### **O R D E R**

**IT IS HEREBY ORDERED** that the jury in this cause be kept together during deliberations and the jury meals shall be furnished at the expense of the United States.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 29th day of November, 2006.